**STATE of Missouri, Respondent,**

v.

**Justin D. HALEY, Appellant.**

**WD 79624**

Missouri Court of Appeals, Western District.

ORDER FILED: June 20, 2017

Samuel Buffaloe, Columbia, MO, Counsel for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Justin D. Haley appeals the circuit court's judgment convicting him, after a jury trial, of attempted enticement of a child. We affirm. Rule 30.25(b).